■ In the Matter of Francis Murphy et al., Appellants. Board of Trustees of the Police Superior Officers Variable Supplement Fund of the City of New York et al., Respondents.—Judgment, Supreme Court, New York County (McCooe, J.), entered on December 12, 1990, unanimously affirmed, without costs and without disbursements, for the

reasons stated by McCooe, J. No opinion. Concur—Carro, J. P., Rosenberger, Ellerin, Smith and Rubin, JJ.